STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ANTHONY NOVAK, DEFENDANT-APPELLANT.

Submitted September 24, 1956—Decided October 1, 1956.

232

234

For the appellant: *Mr. Anthony Novak, in propria persona.*

For the respondent: *Mr. Charles S. Joelson* and *Mr. Archibald Kreiger.*

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge FRANCIS in the court below.

*For affirmance*—Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—5.

*For modification*—Justice HEHER—1.